1 JOHN S. HONG, Bar No. 255150
JHong@littler.com
2 COURTNEY OSBORN, Bar No. 312011
cosborn@littler.com
3 LITTLER MENDELSON, P.C.
333 Bush Street
4 34th Floor
San Francisco, CA 94104
5 Telephone: 415.433.1940
Facsimile:  415.399.8490

6

JAMES J. OH, (Admitted *pro hac vice*)
7 joh@littler.com
LITTLER MENDELSON, P.C.
8 321 N. Clark Street, Suite 1000
Chicago, IL 60654
9 Telephone: 312.795.3261
Facsimile:  312.602.3807

10

Attorneys for Defendant
11 NATIONWIDE MUTUAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIAN FRASER, JOSEPH WUCHER, IRENE DAMSKY, KIM ZAIA, and CHRIS JACKSON as individuals and in their representative capacity,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No.  3:17-cv-03702-EMC<br><br>**JOINT STIPULATION AND PROPOSED ORDER ENLARGING TIME TO FILE RULE 26(F) REPORT AND JOINT CASE MANAGEMENT STATEMENT** |

Plaintiffs JULIAN FRASER, JOSEPH WUCHER, IRENE DAMSKY, KIM ZAIA, and CHRIS JACKSON, by and through their counsel of record, Rudy, Exelrod, Zieff & Low, LLP, and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY, by and through their respective counsel of record, Littler Mendelson, PC, hereby stipulate and agree as follows:

LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

**JOINT STIPULATION AND PROPOSED ORDER** (No. 3:17-cv-03702)

1. On June 28, 2017, Plaintiffs filed a Complaint alleging that Defendant violated various California wage and hour laws with respect to the terms and conditions of Plaintiffs' employment.

2. On June 29, 2017, this matter was initially assigned to Magistrate Judge Sallie Kim. Judge Kim ordered the Initial Case Management Conference to take place on October 2, 2017 at 1:30 p.m. and the Rule 26(f) Report and Case Management Statement to be filed on September 25, 2017.

3. On August 23, 2017, this matter was reassigned from Judge Kim to Judge Edward M. Chen. (See Doc. # 24, Order Reassigning Case). The reassignment order vacated all hearing dates and trial dates then presently scheduled.

4. As of the date of filing of this Stipulation, the Court has not yet rescheduled the date of the Initial Case Management Conference.

5. On September 25, 2017, counsel for the parties met telephonically to discuss the Initial Case Management Conference and the parties' anticipated filing of their Rule 26(f) Report and the Joint Case Management Statement. Because no Initial Case Management Conference is currently scheduled, the parties agreed to request of the Court that the deadlines associated with the Initial Case Management Conference be continued.

6. The parties therefore request that the parties' deadline to file a Joint Rule 26(f) Report and Joint Case Management Statement, and to serve their respective Rule 26(a) initial disclosures, be set to either October 16, 2017 or twenty-one (21) days in advance of the date of the rescheduled Initial Case Management Conference, to be determined by the Court, whichever is later.

Dated: September 25, 2017

*/s/* John S. Hong
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

Dated: September 25, 2017

/s/ Chaya Mandelbaum
CHAYA MANDELBAUM
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
Attorneys for Plaintiff
JULIAN FRASER, *et al.*

**IT IS SO ORDERED.**

DATED: 9/26/17

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

1 Firmwide:150226203.2 050511.1191

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

**JOINT STIPULATION AND PROPOSED ORDER** 4. (No. 3:17-cv-03702)