STEVEN G. ZIEFF (SBN: 84222)
Email: sgz@rezlaw.com
CHAYA M. MANDELBAUM (SBN: 239084)
Email: cmm@rezlaw.com
WILLIAM P. MCELHINNY (SBN: 296259)
Email: wpm@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiffs,
JULIAN FRASER, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIAN FRASER, JOSEPH WUCHER, IRENE DAMSKY, KIM ZAIA, and CHRIS JACKSON as individuals and in their representative capacity,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. 3:17-cv-03702-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: June 28, 2017 |

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

Plaintiffs JULIAN FRASER, JOSEPH WUCHER, IRENE DAMSKY, KIM ZAIA, and CHRIS JACKSON ("Plaintiffs") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendant"), by and through their attorneys of record, hereby stipulate and agree that Plaintiffs shall have leave to file a First Amended Complaint in this lawsuit for purposes of alleging exhaustion of the administrative requirements pursuant to the Private Attorney General's Act ("PAGA") and adding an additional Defendant, Scottsdale Insurance Company, dba Nationwide E&S/Specialty. Defendant reserves its right to assert any and all affirmative defenses applicable to Plaintiffs' First Amended Complaint. A copy of the Proposed First Amended Complaint is attached hereto as Exhibit A.

DATED: September 25, 2017        RUDY, EXELROD, ZIEFF & LOWE, LLP

By: _/s/ Chaya M. Mandelbaum_
CHAYA M. MANDELBAUM
Attorneys for Plaintiffs

DATED: September 25, 2017        LITTLER MENDELSON

By: _/s/ John S. Hong_
JOHN S. HONG
Attorneys for Defendant

## ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 25th day of June, 2017, at San Francisco, California.

_/s/ Chaya M. Mandelbaum_
CHAYA M. MANDELBAUM

///
///
///

1
JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
CASE NO. 3:17-CV-03702-EMC

**[PROPOSED] ORDER**

For good cause shown, Plaintiffs' request for leave to file the attached proposed First Amended Complaint is hereby GRANTED. `Plaintiffs shall file the First Amended Complaint.`

**IT IS SO ORDERED.**

DATED: _____9/26_____, 2017



_____
HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen