1  LISA K. HORGAN, Bar No. 267632
   lhorgan@littler.com
2  COURTNEY M. OSBORN, Bar No. 312011
   cosborn@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street
4  34th Floor
   San Francisco, California 94104
5  Telephone: 415.433.1940
   Facsimile: 415.399.8490
6
   JAMES J. OH, (Admitted *pro hac vice*)
7  joh@littler.com
   LITTLER MENDELSON, P.C.
8  321 N. Clark Street, Suite 1000
   Chicago, IL 60654
9  Telephone: 312.795.3261
   Facsimile: 312.602.3807
10
   Attorneys for Defendant
11 NATIONWIDE MUTUAL INSURANCE
   COMPANY and SCOTTSDALE INSURANCE
12 COMPANY

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 | JULIAN FRASER, JOSEPH WUCHER, | Case No. 3:17-cv-03702-EMC
   | IRENE DAMSKY, KIM ZAIA, and
18 | CHRIS JACKSON as individuals and in | **STIPULATION AND [PROPOSED]**
   | their representative capacity, | **ORDER EXTENDING TIME TO FILE A**
19 |                                | **JOINT STATUS REPORT AND**
   |        Plaintiff,              | **CONTINUING DATE OF STATUS**
20 |                                | **CONFERENCE**
   |   v.
21 |
   | NATIONWIDE MUTUAL INSURANCE
22 | COMPANY, a corporation,
   | SCOTTSDALE INSURANCE
23 | COMPANY, dba Nationwide
   | E&S/Specialty, a corporation,
24 |
   |        Defendant.
25

26

27

28

STIP AND PROP ORDER EXTENDING TIME
FOR JOINT STATUS REPORT AND                   1.                    CASE NO. 3:17-CV-03702-EMC
CONTINUING STATUS CONFERENCE

STEVEN G. ZIEFF (SBN: 84222)
Email: sgz@rezlaw.com
CHAYA M. MANDELBAUM (SBN: 239084)
Email: cmm@rezlaw.com
WILLIAM P. MCELHINNY (SBN: 296259)
Email: wpm@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiffs,
JULIAN FRASER, *et al.*

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP AND PROP ORDER EXTENDING TIME
FOR JOINT STATUS REPORT AND
CONTINUING STATUS CONFERENCE

2.

CASE NO. 3:17-CV-03702-EMC

1    WHEREAS, Plaintiffs Julian Fraser, Joseph Wucher, Irene Damsky, Kim Zaia, and Chris Jackson (collectively, "Plaintiffs") filed a Complaint against Defendant Nationwide Mutual Insurance Company on or about June 28, 2017, in the Northern District of California; and

WHEREAS, on September 26, 2017, Plaintiffs filed a First Amended Complaint based on the Parties' Joint Stipulation for Leave to File the First Amended Complaint and the Court's Order regarding the same; and

WHEREAS, following the Court's November 29, 2017 Order extending the deadline to attend private mediation, from March 21, 2018 to April 2, 2018, and the time for the Parties to file their joint status report to April 12, 2018, and the date of the status conference to April 19, 2018; and

WHEREAS, following the Court's November 29, 2017 order extending the deadline to attend private mediation from March 21, 2018 to April 2, 2018, the parties engaged in mediation on April 2, 2018 with Jeffrey Ross;

WHEREAS, the Parties are continuing to actively engage in settlement negotiations and believe it would be more efficient and effective to briefly continue the Status Conference to allow the parties time to determine whether they will be able to resolve the matter; and

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record herein, that:

- Subject to the Court's convenience and Order, the deadline to file a joint status report, currently set for April 12, 2018, shall be extended to one week before the continued status conference, so that the parties can inform the Court of the outcome of the mediation and their further negotiations; and

- Subject to the Court's convenience and Order, the status conference set for April 19, 2018, shall be continued to April 26, 2018, at 10:30 a.m.

- In the event that April 26, 2018, at 10:30 a.m. is not convenient for the Court, and understanding that the Court is unavailable from May 2-9, 2018, the Parties are also available to conduct the status conference on May 10, 2018 at 10:30 a.m.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP AND PROP ORDER EXTENDING TIME
FOR JOINT STATUS REPORT AND          3.          CASE NO. 3:17-CV-03702-EMC
CONTINUING STATUS CONFERENCE

Dated: April 12, 2018  Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Lisa K. Horgan*
LISA K. HORGAN
JAMES J. OH
COURTNEY M. OSBORN
Attorneys for Defendant

Dated: April 12, 2018  Respectfully submitted,

RUDY, EXELROD, ZIEFF & LOWE, LLP

*/s/ Chaya M. Mandelbaun*
CHAYA M. MANDELBAUM
WILLIAM P. MCELHINNY
Attorneys for Defendant

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Lisa K. Horgan*
Lisa K. Horgan
LITTLER MENDELSON, P.C.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP AND PROP ORDER EXTENDING TIME FOR JOINT STATUS REPORT AND CONTINUING STATUS CONFERENCE

4.

CASE NO. 3:17-CV-03702-EMC

# [~~PROPOSED~~] ORDER

PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE THEREFOR, IT IS HEREBY ORDERED THAT:

The deadline for the Parties to file a joint status report shall be extended to ___5/10___, 2018.

The status conference set for April 19, 2018, shall be moved to ___5/17___, 2018, at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: ___4/13___, 2018



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Firmwide:154012294.3 092236.1005

STIP AND PROP ORDER EXTENDING TIME FOR JOINT STATUS REPORT AND CONTINUING STATUS CONFERENCE — 5. — CASE NO. 3:17-CV-03702-EMC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940